**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

COFACE COLLECTIONS          :
NORTH AMERICA, INC.,        :
                            :
          Plaintiff,        :
                            :
     v.                     :     C.A. No. 11-00052 (LPS)          :
                            :
WILLIAM J. NEWTON,          :
                            :
          Defendant.        :

## ORDER

Upon consideration of the parties' submissions (D.I. 77, 82, 85) to set the amount of costs

and fees to be paid by William J. Newton as a result of this Court's ruling issued on June 9, 2011

(D.I. 83), the Court finds that Plaintiff Coface's request is appropriate.  The Court is not

persuaded by the Defendant's argument that the fees and costs should reflect the limited success

of the Plaintiff's motion.  *See Fisher-Price, Inc. v. Safety 1st, Inc.*, 2008 WL 1976624 (D. Del.

May 5, 2008) (awarding party all of its fees incurred in bringing a contempt motion, even though

party had prevailed on only one of two alleged violations).  The Court further finds that the fees

and costs requested by the Plaintiff were reasonably incurred in connection with investigating

and proving Defendant's conduct.

**THEREFORE, IT IS HEREBY ORDERED** this 15th day of July, 2011, that:

Defendant Newton shall pay Coface's attorney's fees and costs associated with

bringing the Contempt Motion, in the total amount of $34,330.50, within ten (10) days of the

date of this Order.

_____
UNITED STATES DISTRICT JUDGE