# **EXHIBIT A**

## Amato, Corinne E

**From:** mcevoyt@gtlaw.com
**Sent:** Tuesday, July 31, 2012 12:16 PM
**To:** Amato, Corinne E
**Cc:** israelj@gtlaw.com; McNally, Edward
**Subject:** Coface v. Newton - Trial Depositions

Corinne,

We have considered your request that we consent to re-open discovery for the purpose of deposing additional individuals, including certain former Coface sales representatives whose depositions Mr. Newton now wishes to take in anticipation of using their testimony at trial. We will not consent to this request. As a procedural matter, discovery, as you know, has been closed for almost one year and both sides had the opportunity to depose these individuals prior to the close of the discovery period. Furthermore, as a substantive matter, the anticipated testimony of these individuals appears to be irrelevant to the claims
and defenses in this action. There simply is no legal basis or
legitimate reason or need for the proposed depositions, which would involve a significant expenditure of time, money, and resources, and we
will object to re-opening discovery for this purpose.

Ted

Theodore J. McEvoy
Associate
Greenberg Traurig, LLP | 200 Park Avenue | Florham Park, NJ 07932-0677
Tel 973.443.3525 | Fax 973.295.1328
mcevoyt@gtlaw.com | www.gtlaw.com

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.