# EXHIBIT B

5475974/2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COFACE COLLECTIONS NORTH AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 11-52-LPS |
| v. | ) ) ) | |
| WILLIAM J. NEWTON, | ) ) | |
| Defendant. | ) | |

**AFFIDAVIT OF CORINNE ELISE AMATO, ESQUIRE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )  SS: |
| COUNTY OF NEW CASTLE | ) |

Corinne Elise Amato, being duly sworn, deposes and states as follows:

1.     I am a member of the Bar of Delaware and an associate at the law firm of Morris James LLP, counsel for Defendant, William J. Newton, in the above-captioned action.  I am of legal age and competent to testify as to the matters set forth herein.

2.     I submit this affidavit in connection with Defendant William J. Newton's Motion for Leave to Take *De Bene Esse* Depositions of Witnesses Unavailable for Trial.

3.     On August 7, 2012, I contacted Theresa Janae Lauricella ("Lauricella") by telephone to discuss her attendance at trial in April 2013.  Lauricella stated that she will not be able to attend trial.  She is a stay-at-home mother of two young children and has full responsibility to care for them while her husband works.  Lauricella agreed to be deposed at or near her home.  She is currently located in North Carolina and, after September 1, 2012, she will be located in Louisiana.

4.     On August 8, 2012, I contacted Mary Ellen Jacques ("Jacques") by telephone to discuss her attendance at trial in April 2013.  Jacques stated that she will not be able to attend

trial. Jacques works from home to care for her disabled husband, who requires her assistance 24 hours a day, 7 days a week. Jacques agreed to be deposed at or near her home and is currently located in Arizona.

5.      On August 8, 2012, I contacted Harold J. Ernest ("Ernest") by telephone to discuss his attendance at trial in April 2013. Ernest stated that he will not be able to attend trial. Ernest is employed by Mr. Newton and is the only employee qualified to run the business while Mr. Newton will be away at trial. Ernest agreed to be deposed at or near his home or place of business. He is currently located in Louisiana.

6.      On August 8, 2012, I contacted John William Watson ("Watson") by telephone to discuss his attendance at trial in April 2013. Watson stated that he will not be able to attend trial because he is a single parent to a young son and is unable to take the time away from his son. Watson agreed to be deposed at or near his home or place of business. He is currently located in Louisiana.

7.      On August 8, 2012, I contacted Corrie Marie Landry ("Landry") by telephone to discuss her attendance at trial in April 2013. Landry stated that she will not be able to attend trial because she is caring for her daughter, who is suffering from an auto-immune deficiency. Landry also cannot afford to miss any days from work. She agreed to a brief telephone deposition during normal business hours. She is currently located in Louisiana.



Corinne Elise Amato (#4982)

SWORN AND SUBSCRIBED
before me this 10th day of August, 2012

_Jessica Kathryn Farenski_
Notary Public

Commission Expires:

3

5491354/1